UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61460-CIV-WILLIAMS

TWEEDSMUIR ATKINSON,

    Plaintiff,

vs.

MICHAEL P. HUERTA, *et al.*,

    Defendants.

_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon the Parties' Joint Status Report, filed August 7, 2013 (DE 22). In the Status Report, the Parties represent that this matter has been resolved and request an order of dismissal, and the Court thus construes the Status Report as a joint stipulation for dismissal. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, each Party to bear its own costs and attorneys' fees except as otherwise agreed by the Parties. The Clerk is instructed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 8 day of August, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE